IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLENE H. WILLIAMS<br>    Plaintiff,<br><br>v.<br><br>CAVALRY PORTFOLIO SERVICES, LLC and<br>CAVALRY INVESTMENTS, LLC<br>    Defendants. | )<br>)<br>)<br>)   No. 04-12153 NMG<br>)<br>)<br>)<br>) |

### NOTICE OF DISMISSAL WITH PREJUDICE

The plaintiff, Charlene H. Williams, by her attorney, pursuant to Fed. R. Civ. P. 41(a)(1), hereby submits this Notice of Dismissal. Plaintiff represents to the Court that no defendant has filed responsive pleadings in this case, and further, that this matter has been settled. Accordingly, the plaintiff requests the Court to dismiss this civil action with prejudice.

Dated: 1/7/05

Yvonne W. Rosmarin  BBO #566428
Atttorney for the Plaintiff
Law Office of Yvonne W. Rosmarin
58 Medford Street
Arlington, MA 02474
(781) 648-4040